I. Gerardo Pedraza
TDC# 1887201
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

PD-1075-15

Court Of Appeals
Fifth District Of Texas At Dallas
Lisa Matz, Clerk Of The Court
600 Commerce Street, Suite 200
Dallas, Texas 75202

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 17 2015
LISA MATZ
CLERK, 5th DISTRICT

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

Date: September 11, 2015

Dear Clerk Of Court,
    Please find enclosed my (2) Two Reconsideration Motions For Extension Of Time To File My Petition For Discretionary Review, I respectfully ask you to please file my said Motions and bring it to the attention of the Court. Thank you for your time and considerations.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

Respectfully Yours,

/s/ Gerardo Pedraza #1887201

Gerardo Pedraza
TDC# 1887201
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

C.C.-File

In The
## Court Of Criminal Appeals
## Of Texas At Austin, Texas

Gerardo Pedraza, Petitioner

V.

## State Of Texas, Respondent

On Appeal From The Fifth District Of Texas At Dallas, Texas
Court Of Appeals Case No. 05-13-01391-CR

Appealed From The Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F-12-53082-1

## Petition For Reconsideration Of Denial Of Motion For Out Of Time Filing Of Petition For Discretionary Review

Comes Now Gerardo Pedraza, Petitioner herein with this motion for reconsideration.

Petitioner would show the Court there is cause for such.

Petitioner is a Lay Man, unskilled at law.

Petitioner was led to understand by Attorney and family and other inmates that the appeal process was "ON TRACK."

THIS IS A CASE OF WRONGFUL CONVICTION.

Because of the GROSS INJUSTICE resulting in this wrongful Conviction, the Court should exercise its discretion and allow remedy of such travesty. THE EVIDENCE WILL SUPPORT THESE CLEAR CONTENTIONS.

Respectfully Submitted,

/s/x Gerardo Pedraza #1887201

Gerardo Pedraza
TDC# 1887201
Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

Signed and mailed this Thirteenth Day of September, 2015

C.C.-File

# In The
## Court Of Criminal Appeals
## Of Texas At Austin, Texas

### Gerardo Pedraza, Petitioner
### V.
### State Of Texas, Respondent

On Appeal From The Fifth District Of Texas At Dallas, Texas
Court Of Appeals Case No. 05-13-01391-CR

Appealed From The Criminal District Court No. 2, Dallas County, Texas
Trial Court Cause No. F-12-53082-1

Petition For Reconsideration Of Denial Of Motion For Out Of Time
Filing Of Petition For Discretionary Review

Comes Now Gerardo Pedraza, Petitione herein with this motion for reconsideration.

Petitioner would show the Court there is cause for such.

Petitioner is a hay Man, unskilled at law.

Petitioner was led to understand by Attorney and family and other inmates that the appeal process was "ON TRACK."

THIS IS A CASE OF WRONGFUL CONVICTION,

Because of the GROSS INJUSTICE resulting in this wrongful Conviction, the Court should exercise its discretion and allow remedy of such travesty. THE EVIDENCE WILL SUPPORT THESE CLEAR CONTENTIONS.

Respectfully Submitted,

/s/ x Gerardo Pedraza #1887201

Gerardo Pedraza
TDC# 1887201
Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

Signed and mailed this Thirteenth Day of September, 2015

C.C.-File